STATE OF NEW JERSEY v. JOSEPH MARION.

February 1, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSE QUILES.

February 1, 1988.

Petition for certification denied.

JUDITH FRANK v. CITY OF NEWARK.

February 9, 1988.

Petition for certification granted, and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Kirk v. City of Newark*, 109 *N.J.* 173 (1988).

Jurisdiction is not retained.

STATE OF NEW JERSEY v. MICHAEL CALDERONE.

February 9, 1988.

Petition for certification denied.